# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: brichards | Date Created: 9/6/2017 |
| Case: 17−12487−mkv | Form ID: 309F | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Oxford Associates Group, Inc. | 5 West 37th Street    2nd Floor    New York, NY 10018 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| aty | Douglas J. Pick | Pick & Zabicki LLP    369 Lexington Avenue, 12th Floor    New York, NY 10017 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 |
| 7207352 | Flushing Bank | 220 RXR Plaza    Uniondale, New York 11556 |
| 7207351 | Flushing Bank | c/o Lynch & Associates    462 Seventh Avenue    12th Floor    New York, New York 10018 |
| 7207353 | George Kyriakoudes | 5 West 37th Street    2nd Floor    New York, New York 10018 |
| 7207354 | Hudson View Owners Corp. | c/o Finger & Finger, P.C.    158 Grand Street    White Plains, New York 10601 |
| 7207355 | Internal Revenue Service | P.O. Box 21126    Philadelphia, Pennsylvania 19114 |
| 7207356 | Malapero & Prisco, LLP | 185 Madison Avenue    New York, New York 10016 |
| 7207357 | NYC Dept. of Finance | 345 Adams Street, 3rd Floor, Attn: Legal    Brooklyn, New York 11201 |
| 7207358 | NYC Law Dept. | 100 Church Street    New York, New York 10007 |
| 7207359 | NYS Attorney General | 120 Broadway    New York, New York 10271 |
| 7207360 | NYS Dept. of Taxation & Finance | Bankruptcy/Special Procs., P.O. Box 5300    Albany, New York 12205−0300 |
| 7207361 | NYS Unemployment Insurance Fund | P.O. Box 551    Albany, New York 12201 |
| 7207362 | Office of the U.S. Trustee | 201 Varick Street, Suite 1006    New York, New York 10014 |
| 7207363 | Stillman Management Inc. | 440 Mamaroneck Avenue    Suite 512    Harrison, New York 10528 |
| 7207364 | U.S. Dept. of Justice | Box 55    Washington, District of Columbia 20044 |
| 7207365 | United States Attorney | One St. Andrews Plaza    New York, New York 10007 |

TOTAL: 23