**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Oxford Associates Group, Inc.** <br> Name | EIN | **11–3109071** |
| United States Bankruptcy Court  **Southern District of New York** <br> Case number:  **17–12487–mkv** | | Date case filed for chapter  **11**   **9/5/17** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Oxford Associates Group, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5 West 37th Street <br> 2nd Floor <br> New York, NY 10018 | |
| 4. | **Debtor's attorney** <br> Name and address | Douglas J. Pick <br> Pick & Zabicki LLP <br> 369 Lexington Avenue, 12th Floor <br> New York, NY 10017 | Contact phone  (212) 695–6000 <br><br> Email: dpick@picklaw.net |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Bowling Green <br> New York, NY 10004–1408 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours:  Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone  212–668–2870 <br> Date: 9/6/17 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **October 10, 2017 at 02:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A) and Fed. R. Bankr. P. 4007. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Southern District of New York

In re:                                                          Case No. 17-12487-mkv
Oxford Associates Group, Inc.                                   Chapter 11
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0208-1          User: brichards          Page 1 of 2              Date Rcvd: Sep 06, 2017
                              Form ID: 309F            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db          +Oxford Associates Group, Inc.,    5 West 37th Street,    2nd Floor,   New York, NY 10018-5385
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY   12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
             Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY   11201-3719
smg         +United States Attorney's Office,    Southern District of New York,
             Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7207352     +Flushing Bank,    220 RXR Plaza,   Uniondale, New York 11556-3825
7207351     +Flushing Bank,    c/o Lynch & Associates,    462 Seventh Avenue,    12th Floor,
             New York, New York 10018-7433
7207353     +George Kyriakoudes,    5 West 37th Street,    2nd Floor,   New York, New York 10018-5385
7207354     +Hudson View Owners Corp.,    c/o Finger & Finger, P.C.,    158 Grand Street,
             White Plains, New York 10601-4828
7207356     +Malapero & Prisco, LLP,    185 Madison Avenue,   New York, New York 10016-0032
7207357     +NYC Dept. of Finance,    345 Adams Street, 3rd Floor, Attn: Legal,
             Brooklyn, New York 11201-3719
7207358     +NYC Law Dept.,    100 Church Street,    New York, New York 10007-2668
7207359     +NYS Attorney General,    120 Broadway,    New York, New York 10271-0332
7207361     +NYS Unemployment Insurance Fund,    P.O. Box 551,   Albany, New York 12201-0551
7207363     +Stillman Management Inc.,    440 Mamaroneck Avenue,    Suite 512,   Harrison, New York 10528-2427
7207364     +U.S. Dept. of Justice,    Box 55,   Washington, District of Columbia 20044-0055
7207365     +United States Attorney,    One St. Andrews Plaza,    New York, New York 10007-1791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: dpick@picklaw.net Sep 07 2017 02:39:03     Douglas J. Pick,   Pick & Zabicki LLP,
             369 Lexington Avenue, 12th Floor,    New York, NY   10017
smg          EDI: IRS.COM Sep 07 2017 01:33:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA   19101-7346
smg          E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 07 2017 02:43:49
             New York State Tax Commission,    Bankruptcy/Special Procedures Section,   P.O. Box 5300,
             Albany, NY   12205-0300
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 07 2017 02:40:02     United States Trustee,
             Office of the United States Trustee,    U.S. Federal Office Building,
             201 Varick Street, Room 1006,    New York, NY 10014-9449
7207360      E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 07 2017 02:43:49
             NYS Dept. of Taxation & Finance,    Bankruptcy/Special Procs., P.O. Box 5300,
             Albany, New York 12205-0300
7207362     +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 07 2017 02:40:02     Office of the U.S. Trustee,
             201 Varick Street, Suite 1006,    New York, New York 10014-9449
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7207355*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, Pennsylvania 19114)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                            Signature:  /s/Joseph Speetjens

```
District/off: 0208-1          User: brichards              Page 2 of 2                   Date Rcvd: Sep 06, 2017
                              Form ID: 309F                Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:
              Douglas J. Pick    on behalf of Debtor    Oxford Associates Group, Inc. dpick@picklaw.net, ezabicki@picklaw.net

                                                                                                         TOTAL: 1